1

2

3

4

5          **IN THE UNITED STATES DISTRICT COURT FOR THE**

6              **EASTERN DISTRICT OF CALIFORNIA**

7

8   **SEMMATERIALS, L.P., an Oklahoma**   )   **1:07-CV-1310 AWI SMS**
    **limited partnership**,              )
                                          )   **ORDER CORRECTING**
9                     **Plaintiff**,      )   **ORDER OF SEPTEMBER 25,**
                                          )   **2007**
10        **v.**                          )
                                          )   (Doc. No. 9)
11  **CONSOLIDATED FIBERGLASS**           )
    **PRODCUTS COMPANY**, **et al.**,     )
12                                        )
                      **Defendants.**     )
13  _____     )

14

15        On September 21, 2007, the Plaintiff voluntarily dismissed this case with prejudice under

16  Rule of Civil Procedure 41(a)(1)(i).  The Court acknowledged the dismissal, that the case had

17  terminated as of the filing of that notice, and ordered the Clerk to close the case.  See Court's

18  Docket Doc. No. 9.  In that order, however, the Court inadvertently indicated that the case had

19  been dismissed without prejudice, when in fact the dismissal notice indicates dismissal was with

20  prejudice.  See Court's Docket Doc. No. 8.

21        Accordingly, the September 25, 2007, order is corrected nunc pro tunc so that the terms

22  "without prejudice" will now read "with prejudice."

23

24  IT IS SO ORDERED.

25  **Dated:    September 28, 2007**          _____/s/ Anthony W. Ishii_____
                                             UNITED STATES DISTRICT JUDGE
26

27

28